BRAGAR WEXLER EAGEL & MORGENSTERN, LLP
Lawrence P. Eagel (LE 4505)
885 Third Avenue, Suite 3040
New York, New York 11201
(212) 308-5858
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AGETRAF, s.a.r.l.,                              :
                                                :
                Plaintiff,                  :
                                                :     **03 Civ. 4295**
       v.                                  :
                                                :     **NOTICE OF VOLUNTARY**
GLOBAL CONTAINER LINES                          :     **DISMISSAL PURSUANT TO**
   LIMITED,                                     :     **FED. R. CIV. P. 41(a)(1)**
                                                :
                Defendant.                  :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that Plaintiff, Agetraf, s.a.r.l, by its attorneys, Bragar Wexler Eagel & Morgenstern, LLP, hereby discontinues the above entitled action and dismisses the complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: New York, New York
       August 18, 2004

                                             BRAGAR WEXLER EAGEL & MORGENSTERN, LLP

                                             By /s/ Lawrence P. Eagel
                                                Lawrence P. Eagel (LE 4505)
                                           885 Third Avenue, Suite 3040
                                           New York, New York 10022
                                           (212) 308-5858
                                           *Attorney for Plaintiff*