## BRAGAR WEXLER EAGEL & MORGENSTERN, P.C.
ATTORNEYS AT LAW
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022
(212) 308-5858
FACSIMILE: (212) 486-0462

LAWRENCE P. EAGEL                                                eagel@bragarwexler.com

August 18, 2004

BY FAX

Honorable James Orenstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722
FAX: 631-712-5677

       Re: *Agetraf, s.a.r.l. v. Global Container Lines Limited,*
       Case No. CV 03-4295 (DRH) (JO)

Dear Judge Orenstein:

      We write in response to the Court's August 9, 2004 order for a written status report in the above referenced matter, a copy of which is attached hereto. The Plaintiff has chosen to voluntarily dismiss the action pursuant to Fed. R. Civ. P. 41(1)(a). Plaintiff is electronically filing a Notice of Dismissal, a copy of which is attached hereto.

                                  Respectfully submitted,

                                    Lawrence P. Eagel

Encl.

cc: (By Fax and Mail)
Hormoz Shayegan
Global Container Lines
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
FAX: 516-222-0377